IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| JERRY BIANCO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIVESTRATA, LLC,<br><br>NEW STRATA, INC.,<br><br>DAYBREAK SOLAR POWER, LLC,<br><br>Defendants. | Case No.: |

## NOTICE OF REMOVAL

Defendant New Strata, Inc. ("New Strata"), removes this matter from the Maricopa County Superior Court, Arizona. Removal is proper under 28 U.S.C. § 1441(a) and 28 U.S.C. § 1331 because all the claims alleged by Plaintiff Jerry Bianco ("Plaintiff") arise under federal law.

**I. THIS COURT HAS ORIGINAL JURISDICTION OVER THIS ACTION.**

1. Plaintiff filed a Class Action Complaint ("Complaint") against Defendants FiveStrata, LLC ("FiveStrata"), New Strata, and Daybreak Solar Power, LLC ("Daybreak"), on May 17, 2024, in the Maricopa County Superior Court, Arizona, Case No. CV2024-012386. That case is titled: *Jerry Bianco, individually and on behalf of all others similarly situated v. Fivestrata, LLC, et al.* See Exhibit 1 (Complaint).

2. In the putative class action, Plaintiff alleges that he and class members

NOTICE OF REMOVAL

received unwanted telemarketing calls by or on the behalf of Defendants in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq. ("TCPA"). (Compl. ¶ 6).

3. In Count I, Plaintiff alleges that Defendants made unsolicited and unauthorized telemarketing phone calls using an artificial or pre-recorded voice without the prior express written consent of Plaintiff and putative class members, in violation of TCPA 47 U.S.C. § 227(b)(1). (Compl. ¶¶ 67-75).

4. For Count I, Plaintiff alleges a putative class as:

> All persons in the United States where: (1) the person was a subscriber or customary user of a cell phone or residential wireline phone; (2) the person received one or more telemarketing calls by or on behalf of Defendants or their agents; (3) without express written consent; (4) where a pre-recorded message played during that call, from four years prior to the filing of the Complaint through the date a class [is] certified.

5. In Count II, Plaintiff alleges that Defendants violated the TCPA by calling Plaintiff and putative class members who had registered their phone numbers on the National Do Not Call Registry, in violation of TCPA 47 U.S.C. § 227(C)(5) and 47 C.F.R. § 64.1200(C). (Compl. ¶¶ 76-82).

> All persons in the United States who: (1) have their residential telephone number registered on the National Do-Not-Call Registry; (2) received two or more telemarketing calls from Defendants or their agents within twelve months; (3) without prior express consent, from four years prior to the filing of the Complaint through the date a class [is] certified.

6. This Court has original jurisdiction of this civil action, which arises under the laws of the United States.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW

## II. DEFENDANTS HAVE SASTISFIED THE PROCEDURAL REQUIREMENTS FOR REMOVAL.

7. Venue is proper in this Court because the Maricopa County Superior Court, Arizona, is in the District of Arizona, Phoenix Division. See 28 U.S.C. § 1441(a) (a state-filed civil action subject to federal jurisdiction may be removed "to the district court ... for the district and division embracing the place where such action is pending").

8. As required by 28 U.S.C. § 1446(a) and Local Rule 3.6(b), Defendants have attached a copy of: (1) Supplemental Civil Cover Sheet (Exhibit 2); (2) most recent state court docket (Exhibit 3); (3) operative complaint (Exhibit 1); (4) service documents (Exhibit 4); (8) pending motions, responses, and replies (Exhibit 5 – Plaintiff's Motion To Extend Time For Service; and (9) remainder of state court record (Exhibit 6 – other documents from state docket).

9. The state court docket has no other documents specifically identified in Local Rule 3.6(b) as: (5) answers; (6) state court orders terminating or dismissing parties; or (7) notices of appearance.

10. Pursuant to Local Rule 3.6(b), attached as Exhibit 7 is a verification that true and complete copies of all pleadings and other documents filed in the state court proceeding have been filed as attachments to this Notice of Removal.

11. As required under 28 U.S.C. § 1446(d) and Local Rule 3.6(a), a copy of this Notice of Removal is being served upon Plaintiff's counsel, and a copy is being filed with the Clerk of the Maricopa County Superior Court, Arizona.

12. Defendant New Strata was served a copy of the Complaint on August 1,

1  2024. (Ex. 4).

2  13. Therefore, this Notice of Removal is timely because it is filed within thirty
3  days pursuant 47 U.S.C. 1446(b)(1).

4  14. Plaintiff filed a Motion to Extend Time For Service indicating that
5  Defendants FiveStrata and Daybreak have not been served. (Ex. 5). As of the date of this
6  Notice of Removal, there is no record that Defendants FiveStrata and Daybreak have been
7  served. Therefore, their consent is not required. See 28 U.S.C. § 1446(b)(2)(A); *Sheldon v.*
8  *Khanal*, 502 Fed.Appx. 765, 770 (10th Cir. 2012) ("the clear statutory language requir[es]
9  only served defendants to consent to removal.").

10 15. By filing this Notice of Removal, New Strata makes no admissions, express
11 or implied.

12 16. By filing this Notice of Removal, New Strata does not waive any defenses
13 available to it.

14 **WHEREFORE**, Defendant New Strata removes the above-captioned action from
15 the Maricopa County Superior Court, Arizona, to the United States District Court for the
16 District of Arizona.

Dated:  August 30, 2024              Respectfully submitted,

                                     By:  */s/ Tyler G. Doyle*
                                          Tyler G. Doyle (034303)
                                          Email: tgdoyle@bakerlaw.com
                                          BAKER & HOSTETLER LLP
                                          811 Main Street, Suite 1100
                                          Houston, TX 77002
                                          Telephone:  713.646.1374
                                     Attorneys for Defendant
                                     New Strata, Inc.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW

4

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing was sent by electronic and regular mail to the following counsel of record on this 30th day of August.

David J. McGlothlin, Esq.
david@kazlg.com
KAZEROUNI LAW GROUP, APC
301 E. Bethany Home Road, Suite C-195
Phoenix, AZ 85012


Ryan L. McBride, Esq.
ryan@kazlg.com
KAZEROUNI LAW GROUP, APC
2221 Camino Del Rio S, Suite 101
San Diego, CA 92108

                                    */s/ Tyler G. Doyle*
                                    Tyler G. Doyle (034303)